UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY ALEXANDER, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LOCKHEED MARTIN ENERGY )<br>SYSTEMS, INC., and WACKENHUT )<br>SERVICES INCORPORATED, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06-CV-0047<br>HON. THOMAS W. PHILLIPS, USDJ<br>HON. C. CLIFFORD SHIRLEY, JR., USMJ |

## ORDER OF DISMISSAL

Upon application of the plaintiff Paul Thomas to dismiss with prejudice his claims in this civil action against the Defendant Lockheed Martin Energy Systems, Inc. ("LMES") and Wackenhut Services, Inc. - Oak Ridge ("WSI-OR"), and with no objection by those defendants,

It is **ORDERED** that the claims of the plaintiff Paul Thomas against the defendants LMES and WSI-OR are **DISMISSED,** with prejudice. Neither plaintiff Paul Thomas nor the defendants shall seek to recover costs or attorneys' fees from the other in this civil action.

The dismissal with prejudice of plaintiff Paul Thomas' claims against the defendants LMES and WSI-OR effects the dismissal of all of the claims of this plaintiff in this civil action. There is therefore no just reason for delay with respect to the entry of a final judgment dismissing all of plaintiff Paul Thomas' claims in this civil action. The Court accordingly directs that there be entered, pursuant to Fed. R. Civ. P. 54(b), **FINAL JUDGMENT OF DISMISSAL** of all of plaintiff Paul Thomas' claims in this civil action.

ENTER:

*Thomas H. Phillips*
Thomas W. Phillips
United State District Judge