IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RICHARD CAMPBELL, JOHN DAVIDSON, JOHN MORAN, and PAUL SHEARD, | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) | No. 3:06-cv-047 |
| LOCKHEED MARTIN ENERGY SYSTEMS, INC., and WACKENHUT SERVICES, INC., | ) ) ) | |
| Defendants | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' motions for summary judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a memorandum opinion granting defendants' motions,

It is ORDERED and ADJUDGED that defendants' motions for summary judgment [Court Files #7, #9, #11, #13, #15, #17, #19, #21, and #23] are GRANTED, whereby plaintiffs' complaint is DISMISSED on the merits, with the costs of this action taxed to the plaintiffs.

DATED at Knoxville, Tennessee, this ___ day of August, 2007.

                                                  *s/ Patricia L. McNutt*
                                                  CLERK OF COURT